**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RICHARD R. ANDERSON | § | |
| | § | |
| v. | § | Case No. 2:13-CV-817-JRG-RSP |
| | § | |
| WAL-MART STOERS TEXAS, LLC, et al. | § | |

## ORDER

Before the Court is Defendant Wal-Mart Stores Texas, LLC's Motion to Transfer Venue to the United States District Court for the Eastern District of Texas, Sherman Division (Dkt. No. 16, filed April 9, 2014.)

Having considered the Parties' briefing, the Court finds that, under the applicable law, the particular facts alleged in this case by the Defendant (and not rebutted by Plaintiff) favor transfer under 35 U.S.C. § 1404(a) to the Sherman Division: the Plaintiff resides there; the store in which the allegations occurred is there; the Plaintiff was employed there at the time the allegations occurred; the Plaintiff continues to be employed there, and the Plaintiff and Defendant have previously litigated in that Division.

Defendant's Motion (Dkt. No. 16) is hereby **GRANTED**.  The clerk is ORDERED to transfer this case to the Eastern District of Texas, Sherman Division.

**SIGNED this 12th day of May, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE